**3**

**W. B. GRUBER, Appellant, v. SAVANNAH RIVER LUMBER COMPANY, Appellee.**

(Circuit Court of Appeals, Fourth Circuit. November 25, 1925.)

No. 2460.

Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston.

Howell & Fishburne, of Walterboro, S. C., for appellant.

Hagood, Rivers & Young, of Charleston, S. C., for appellee.

PER CURIAM. Consent order, docketing cause and dismissing appeal, filed.